UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| | ) NO. 3:13-CR-54 |
| v. | ) |
| | ) JUDGE JORDAN |
| JAMES ROBERT MORTON, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE REDACTED
VICTIM IMPACT STATEMENTS UNDER SEAL**

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby requests that the Redacted Victim Impact Statements in the above-referenced matter be sealed due to the sensitive nature of the material contained therein.

Wherefore, the United States of America respectfully requests that the Redacted Victim Impact Statements as to defendant James Robert Morton be sealed and that the United States will provide copies to defendant's counsel and to Joseph Cuccia, United States Probation Officer.

Respectfully submitted this 8th day of April, 2014.

                      WILLIAM C. KILLIAN
                      UNITED STATES ATTORNEY

By:   *s/ Matthew T. Morris*
       MATTHEW T. MORRIS
       Assistant United States Attorney
       800 Market Street, Suite 211
       Knoxville, Tennessee 37902
       (865) 545-4167

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2014, a copy of the foregoing Motion was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                      *s/ Matthew T. Morris*
                      MATTHEW T. MORRIS
                      Assistant United States Attorney