UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-CR-054 |
| ) | |
| JAMES ROBERT MORTON ) | |

**O R D E R**

The pending motion for leave to file under seal [doc. 40] is **GRANTED**.

ENTER:

                s/ Leon Jordan
United States District Judge