UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:13-CR-54 |
| v. | ) | |
| | ) | Judge Jordan |
| JAMES ROBERT MORTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO FILE UNDER SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby requests that Exhibit 1 to the United States' Brief Regarding Restitution Request of Victim "Andy" be filed under seal due to the sensitive nature of the information set forth in the documents.

Wherefore, the United States respectfully requests that the proposed Exhibit 1 to United States' Brief Regarding Restitution Request of Victim "Andy" be sealed.

Respectfully submitted this 17th day of July, 2014.

               WILLIAM C. KILLIAN
               UNITED STATES ATTORNEY

          By: *s/ Matthew T. Morris*
              Matthew T. Morris
              Assistant United States Attorney
              800 Market Street, Suite 211
              Knoxville, Tennessee 37902
              (865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2014, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

          By: *s/ Matthew T. Morris*
              Matthew T. Morris
              Assistant United States Attorney