UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 3:13-CR-54 |
| v. | ) JUDGE JORDAN |
| | ) |
| JAMES ROBERT MORTON, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION REGARDING RESTITUTION FOR THE VICTIM "ANDY"

The United States of America, by the United States Attorney for the Eastern District of Tennessee, the defendant, JAMES ROBERT MORTON, and the defendant's attorney, Bobby E. Hutson, Jr., have agreed upon the following pertaining to restitution for the victim "Andy," who has submitted a petition for restitution in the above-styled case:

Pursuant to Paragraph 11 of the Plea Agreement (Doc. 15), the defendant acknowledged that he shall be ordered to pay restitution to the victims in this case. In addition to the restitution obligation addressed in the stipulation pertaining to the victims "John Does I - V" and "Margaret" (Doc. 45), the undersigned Assistant United States Attorney has conferred with counsel for the victim "Andy" regarding his claim for restitution under the facts of this case. Based upon those discussions, counsel for "Andy" communicated the victim's willingness to accept one thousand dollars ($1,000.00) from the defendant in order to satisfy his petition for restitution in this case.

Therefore, based upon those discussions with the victims' counsel, the defendant and the United States agree and stipulate that the Court shall order that defendant shall pay the victim

"Andy" $1,000.00 in restitution. The parties further recommend that the Court should not order further restitution as to this victim.

Respectfully submitted this 2nd day of September, 2014.

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

Date: 8/25/2014

By: /s/ Matthew T. Morris
Matthew T. Morris
Assistant United States Attorney

Date: 8/28/2014

/s/ James Robert Morton
James Robert Morton
Defendant

Date: 8/28/2014

/s/ Bobby E. Hotson, Jr.
Bobby E. Hotson, Jr.
Attorney for the Defendant

2