UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:13-CR-54 |
| v. ) | Judges Jordan/Guyton |
| ) | |
| JAMES ROBERT MORTON, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On May 7, 2013, an Indictment was filed charging defendant, James Robert Morton, in count one, with knowingly distributing in interstate and foreign commerce child pornography, as defined in 18 U.S.C. § 2256(8)(B), that had been transported in interstate and foreign commerce by any means, including by computer in violation of 18 U.S.C. § 2252A(a)(2)(A).

In the forfeiture allegations of the Indictment in the above-styled case, the United States sought forfeiture of the interest of defendant, James Robert Morton, pursuant to 18 U.S.C. § 2253, in any visual depiction containing child pornography; in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and any property used or intended to be used to commit or promote the commission of any offense, as alleged in the Indictment, including but not limited to the following properties:

    a.    SanDisk Cruzer flash drive, 4GB, serial number BH0805JSMB;

    b.    Dell desktop computer, SKU number 7360DS1;

    c.    AT&T router, serial number 12AK08019719, and power supply; and

    d.    Quantum Fireball hard drive, 40 GB, serial number 054114463008.

On August 15, 2013, a Plea Agreement was filed, wherein the defendant, James Robert Morton, agreed to plead guilty to count one of the Indictment and to forfeit his interest in the above-described properties, pursuant to 18 U.S.C. § 2253.

On August 28, 2013, this Court entered an Agreed Preliminary Order of Forfeiture based upon the guilty plea entered by the defendant, James Robert Morton, forfeiting to the United States, pursuant to 18 U.S.C. § 2253, his interest in the properties referenced above.

Pursuant to 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b), the properties described above were published on an official Government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 25, 2013 and ending on October 24, 2013. The Notice of Forfeiture advised that any person, other than the defendant, James Robert Morton, having or claiming a legal interest in the property described above, was required to file a petition with the Court within sixty (60) days of the first date of publication of this Notice on the official Government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(n)(2). The notice further provided that the petition was to be filed with the Clerk of the Court. It further required that the petition was to be signed by the petitioner under penalty of perjury, and set forth the nature and extent of the petitioner's right, title or interest in the defendant's property and any additional facts supporting the petitioner's claim and the relief sought. A Declaration of Publication was filed with the Clerk of this Court on February 3, 2014.

No person, corporation or entity has filed a claim to the properties described above.

2

It is therefore ORDERED, ADJUDGED, and DECREED:

1. That the following properties are hereby forfeited to the United States, pursuant to 18 U.S.C. § 2253 and all right, title and interest in the properties are hereby vested in the United States:

    a. SanDisk Cruzer flash drive, 4GB, serial number BH0805JSMB;

    b. Dell desktop computer, SKU number 7360DS1;

    c. AT&T router, serial number 12AK08019719, and power supply; and

    d. Quantum Fireball hard drive, 40 GB, serial number 054114463008.

2. That the United States Marshals Service shall dispose of the forfeited properties according to law.

3. That the Clerk of this Court provide the United States Marshals Service and the United States Attorney's Office with a certified copy of this Final Order of Forfeiture.

ENTER:

_____
R. LEON JORDAN
UNITED STATES DISTRICT JUDGE

Submitted by:

WILLIAM C. KILLIAN
United States Attorney

By:   *s/ Matthew T. Morris*
     Matthew T. Morris
     Assistant United States Attorney

3